

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Laura C. Williams<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2435<br>lawillia@law.nyc.gov |
|---|---|---|

June 5, 2023

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Request **GRANTED**. The deadline for Defendant to answer or otherwise respond to the Complaint is hereby extended to **July 28, 2023**.

**SO ORDERED.**

Dated: June 5, 2023
New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re: Kyle M. Caldwell, et al. v. The City of New York
No. 23 Civ. 03899 (JLR)

Dear Judge Rochon:

I am the Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds Radix, Corporation Counsel of the City of New York, assigned to represent defendant City of New York ("City" or "Defendant") in the above-referenced matter. I write to respectfully request an extension of time, from June 6, 2023 to July 28, 2023, to respond to the complaint. This is Defendant's first request for an extension of time to respond to the complaint, and plaintiffs' counsel consents to this request.

This extension is requested to provide this Office with sufficient time to investigate the numerous allegations contained in the complaint, and prepare an appropriate response. The requested extension also takes into account the undersigned's pre-planned vacation during the beginning of July. The requested extension will not affect any other deadlines.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Laura C. Williams
Assistant Corporation Counsel

cc: All Counsel of Record (By ECF)