```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KYLE M. CALDWELL, et al.,

                                     Plaintiffs,

             -against-

CITY OF NEW YORK,

                                      Defendant.

-------------------------------------------------------------X

23-CV-03899 (JLR)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        A settlement conference is scheduled for Friday, December 8, 2023, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

        The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by Friday, December 1, 2023.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

SO ORDERED.

                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:       September 20, 2023
                       New York, New York