```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KYLE M. CALDWELL, et al.,

                             **Plaintiffs,**

          -against-

CITY OF NEW YORK,

                             **Defendant.**

------------------------------------------------------------X

23-CV-03899 (JLR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties are ORDERED to meet and confer to discuss whether they consent to the jurisdiction of a U.S. magistrate judge for purposes of reviewing the settlement agreement and dismissing the case. By Monday, June 3, 2024, the parties shall either file an executed consent form or file a letter notifying the Court that one or more of parties does not consent, without disclosing the party. If the parties do not consent to the jurisdiction of a U.S. magistrate judge, the motion at ECF No. 43 will be decided by the District Judge.

**SO ORDERED.**

                                                             *[signature]*
                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:    May 30, 2024
                New York, New York