```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KYLE M. CALDWELL, et al.,

                    Plaintiffs,

    -against-

CITY OF NEW YORK,

                    Defendant.

-------------------------------------------------------------X

23-CV-03899 (JLR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    In this Fair Labor Standards Act case, the parties reached a settlement in principle at the April 30, 2024 settlement conference. On May 20, 2024, the parties submitted a proposed settlement agreement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015); ECF No. 43. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:    June 4, 2024
               New York, New York